**WO**                                                                          SC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Peterson,                ) | No. CV 04-2276-PHX-SMM (LOA) |
|         Plaintiff,    ) | **ORDER** |
| vs.                     ) | |
| Joe Arpaio, et al.,         ) | |
|         Defendants.    ) | |

Plaintiff Lawrence Peterson, who is confined in the Arizona State Prison Complex-Safford in Safford, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 regarding his confinement as a pretrial detainee at Maricopa County's Towers Jail. (Doc.# 1.)[1]  In its last Order, the Court concluded that Defendants Maricopa County, Arpaio, Camparano, Noble, Hayes, Durham and Easely would be required to answer Counts 1, 2, 3, 4, 8, 9 of the Third Amended Complaint and it dismissed the remaining claims and Defendants, including Ellison.  (Doc.# 14.)  In the Order, however, the Court inadvertently directed service by the U.S. Marshal on Ellison rather than Easely.  For that reason, the prior Order will be amended to correct that error and to require service on Easely.

**IT IS ORDERED**:

(1)  The previous Order (doc.# 14) is amended to vacate service on Ellison and to instead require service by the U.S. Marshal upon Defendant Easely as set forth herein.

(2)  The Clerk of Court must send Plaintiff a service packet including the Third

---

[1]  "Doc.#" refers to the docket number of documents filed in this case.

Amended Complaint (doc.# 13), the prior Order (doc.# 14) and this Order, and both summons and request for waiver form for Defendant Easely.

(3) Plaintiff must complete and return the service packet to the Clerk of Court within 20 days of the date of filing of this Order.  The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order.

(4) If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on Defendant Easely within 120 days of the filing of the Third Amended Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed as to Defendant Easely pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule of Civil Procedure 16.2(b)(2)(B)(i).

(5)  The United States Marshal must retain the Summons, a copy of the Third Amended Complaint, and a copies of the prior Order (doc.# 14) and this Order for future use.

(6) The United States Marshal must notify Defendant Easely of the commencement of this action and request waiver of service of the summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.  The notice to Defendant Easely must include copies of the prior Order (doc.# 14) and this Order.  The Marshal must immediately file a request for waiver that is returned as undeliverable and waiver of service of the summons for Defendant Easely.  If a waiver of service of summons is not returned by Defendant Easely within 30 days from the date the request for waiver is sent by the Marshal, the Marshal must:

(a) Personally serve copies of the Summons, Third Amended Complaint, the prior Order (doc.# 14) and this Order upon Defendant Easely pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure;

(b) Within 10 days after personal service is effected, file the return of service for Defendant Easely, along with evidence of the attempt to secure a waiver of service of the summons and of the costs subsequently incurred in effecting service upon Defendant Easely.  The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the Summons, Third Amended Complaint, the prior

1
2
3
4

Order (doc.# 14) and this Order, and for preparing new process receipt and return forms (USM-285), if required.  Costs of service will be taxed against a personally served Defendant pursuant to Rule 4(d)(2) and (5) of the Federal Rules of Civil Procedure, unless otherwise ordered by the Court.

5
6
7

(7)  **A Defendant who agrees to waive service of the Summons and the Third Amended Complaint must return the signed waiver forms to the United States Marshal, not the Plaintiff.**

8
9
10

(8)  Defendant Easely must answer the Third Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

11
12
13
14

(9)  Any answer or responsive pleading must state the specific Defendant by name on whose behalf it is filed.  The Court may strike any answer, responsive pleading, or other motion or paper that does not identify the specific Defendant by name on whose behalf it is filed.

15
16
17

(10)  Further proceedings concerning Defendant Easely are referred to Magistrate Lawrence O. Anderson pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure.

18

DATED this 29th day of December, 2006.

19
20
21

Stephen M. McNamee
United States District Judge

22
23
24
25
26
27
28

- 3 -