**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Peterson,          )<br>                             )<br>         Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>Joe Arpaio, et al.,          )<br>                             )<br>         Defendants.         )<br>_____) | CV-04-2276-PHX-SMM (LOA)<br><br>**O R D E R** |

It appearing to the Court that Plaintiff's Motion to Dismiss is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, (docket #36). However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 7th day of June, 2007.

Stephen M. McNamee
United States District Judge