**WO**  BL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence L. Peterson, | No. CV 04-2276-PHX-SMM (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County, et al., | |
| Defendant. | |

Plaintiff, Lawrence L. Peterson, filed a 42 U.S.C. § 1983 action against Maricopa County, Sheriff Joseph M. Arpaio, and various named employees of the Maricopa County Sheriff's Office alleging that his constitutional rights were violated by (1) overcrowded and unsafe conditions; (2) denial of outside recreational activities; (3) an inadequate and tainted diet; (4) deliberate indifference to his medical needs; (5) unsanitary conditions; and (6) retaliation (Doc. #13).[1] Plaintiff now seeks to dismiss his action because he was denied an extension of time, he has no experience in the law, he has been unable to retain counsel, he cannot afford to make copies and mail materials to the Court, and he is being returned to Maricopa County custody (Doc. #36). Defendants do not oppose the motion (Doc. #38).

Although the parties have not entered into a signed stipulation, Defendants specifically stated that they do not oppose the dismissal. See Fed.R.Civ.P. 41(a) (providing that "an action may be dismissed by the plaintiff . . . by filing a stipulation of dismissal

---

[1] The Court dismissed the remaining Defendants and Counts pursuant to 28 U.S.C. § 1915A(a) (Doc. #14).

signed by all parties who have appeared in the action"). Accordingly, because the parties agree to a dismissal of the instant action, Plaintiff's motion will be granted.

**IT IS ORDERED** that Plaintiff's Motion to Dismiss (Doc. # 36) is **GRANTED**. Plaintiff's action is dismissed. The Clerk of Court shall enter a judgment of dismissal accordingly.

DATED this 19th day of June, 2007.

Stephen M. McNamee
United States District Judge